UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Michael Allen Haukoos,                                       Civ. No. 22-1142 (PAM/BRT)

      Petitioner,

v.                                                                                **ORDER**

Eddie Miles, Warden, and
MCF – St. Cloud,

      Respondents.

---

  This matter is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Becky R. Thorson dated August 16, 2022. (Docket No. 15.) The R&R recommends that Petitioner Michael Allen Haukoos's Petition for habeas-corpus relief be denied as moot and this matter dismissed without prejudice for lack of jurisdiction. No party objected to the R&R, and the time to do so has passed. D. Minn. L.R. 72.2(b)(1).

  This Court must review de novo any portion of an R&R to which specific objections are made, but in the absence of objections, the Court reviews the R&R only for clear error. 28 U.S.C. § 636(b)(1); D. Minn. L.R. 72.2(b); see also Grinder v. Gammon, 73 F.3d 793, 795 (8th Cir. 1996) (noting that district court need only review un-objected-to R&R for clear error). The Court has reviewed the R&R and finds no error, clear or otherwise, in the Magistrate Judge's reasoning.

Accordingly, **IT IS HEREBY ORDERED that**:

1. The R&R (Docket No. 15) is **ADOPTED**;

2. The Motion to/for Remove Detainer and All Illegal Holds Remaining (Docket No. 3) is **DENIED as moot**;

3. The Petition (Docket No. 1) is **DENIED as moot**; and

4. This matter is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  Wednesday, August 31, 2022

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge